MCGREGOR W. SCOTT (STATE BAR NO. 142413)
mscott@orrick.com
COURTNEY J. LINN (STATE BAR NO. 148855)
clinn@orrick.com
CAMERON L. DESMOND (STATE BAR NO. 268925)
cdesmond@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Defendant
COLLINS CHRISTENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00070 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING RESTITUTION HEARING** |
| v. | |
| COLLINS CHRISTENSEN, | Judge: Hon. John A. Mendez |
| Defendant. | |

The parties, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the restitution hearing, presently set for January 10, 2012, be continued until January 17, 2012.

In support of this Stipulation, the parties state as follows:

1. Mr. Christensen was sentenced on October 18, 2011;

2. During the sentencing, the Court continued the restitution hearing until January 10, 2012, pursuant to 18 U.S.C. § 3664(d)(5);

3. The requested date, January 17, 2012, comes within the 90-day time limit for conducting the restitution hearing, 18 U.S.C. § 3664(d)(5); Fed. R. Crim. P. 45;

4. A one-week continuance is necessary to procure Mr. Christensen's signed waiver

PDF created with pdfFactory trial version www.pdffactory.com

1 | of his right to appear at the hearing;

2 | 5. A continuance is also necessary to allow both parties time to review relevant evidence and to determine whether a stipulation of restitution is possible, thereby relieving the Court of the burden of conducting a hearing.

WHEREFORE, based on the foregoing, and for good cause shown, the parties hereby stipulate that the restitution hearing be continued from January 10, 2012, to January 17, 2012 at 9:30 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 4, 2012

MCGREGOR W. SCOTT
COURTNEY J. LINN
CAMERON L. DESMOND
Orrick, Herrington & Sutcliffe LLP

By: /s/McGregor W. Scott
MCGREGOR W. SCOTT
Attorneys for Defendant
COLLINS CHRISTENSEN

Dated: January 4, 2012

UNITED STATES ATTORNEY
BENJAMIN B. WAGNER

By: /s/Russell L. Carlberg
Russell L. Carlberg
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/5/2012

/s/ John A. Mendez
Hon. John A. Mendez
Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com