| | |
|---|---|
| 1 | MCGREGOR W. SCOTT (STATE BAR NO. 142413) |
| | mscott@orrick.com |
| 2 | COURTNEY J. LINN (STATE BAR NO. 148855) |
| | clinn@orrick.com |
| 3 | CAMERON L. DESMOND (STATE BAR NO. 268925) |
| | cdesmond@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 5 | Sacramento, California 95814-4497 |
| | Telephone: (916) 447-9200 |
| 6 | Facsimile: (916) 329-4900 |
| 7 | Attorneys for Defendant |
| | COLLINS CHRISTENSEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00070 JAM |
| Plaintiff, | **DEFENDANT COLLINS CHRISTENSEN'S WAIVER OF APPEARANCE AT RESTITUTION HEARING** |
| v. | |
| COLLINS CHRISTENSEN, | |
| Defendant. | Judge: Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendant Collins Christensen hereby knowingly and intelligently waives his right to be
2    present in person in open court for the restitution hearing scheduled for January 17, 2012.
3    Defendant hereby requests that the Court proceed with the restitution hearing in his
4    absence and agrees that his interests will be deemed represented at all time by the presence of his
5    attorneys, the same as if defendant were personally present.

Dated: January 9, 2012

MCGREGOR W. SCOTT
COURTNEY J. LINN
CAMERON L. DESMOND
Orrick, Herrington & Sutcliffe LLP

By: /s/McGregor Scott
MCGREGOR W. SCOTT
Attorneys for Defendant

Dated: December 31, 2011

By: /s/ Collins Christensen
COLLINS M. CHRISTENSEN
Defendant

**IT IS SO ORDERED.**

Dated: 1/10/2012

/s/ John A. Mendez

The Honorable John A. Mendez

- 1 -

CHRISTENSEN'S WAIVER OF APPEARANCE
AT RESTITUTION HEARING

OHSWEST:261427229.1
PDF created with pdfFactory trial version www.pdffactory.com