MCGREGOR W. SCOTT (STATE BAR NO. 142413)
mscott@orrick.com
COURTNEY J. LINN (STATE BAR NO. 148855)
clinn@orrick.com
CAMERON L. DESMOND (STATE BAR NO. 268925)
cdesmond@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: +1-916-447-9200
Facsimile: +1-916-329-4900

Attorneys for Defendant
COLLINS CHRISTENSEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS CHRISTENSEN,<br><br>Defendant. | Case No. 2:11-CR-00070 JAM<br><br>**ORDER OF RESTITUTION** |

The Court, having reviewed the evidence, arguments of counsel, recommendations of probation, and victim statements, hereby ORDERS as follows:

1. Restitution is set at $985,994;

2. Pursuant to 18 U.S.C. § 3664(j)(2), Mr. Christensen has compensated victims through civil settlements for the same loss in the amount of $476,502.08, which set-off amount is subtracted from the total restitution;

3. After subtracting set-off payments from the total restitution, Mr. Christensen shall pay restitution in the amount of $509,491.92, payment to begin immediately;

4. Payment shall be made to the following victims in the following amounts:

James D.: $74,000.00

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Robert G.: $192.00 |
| 2 | Ted K.: $26,281.00 |
| 3 | Twila K.: $125,000.00 |
| 4 | Margaret, Garrett, and Cheryl M.: $212,424.00 |
| 5 | Robert M.: $20,000.00 |
| 6 | Suzanne P.: $22,547.60 |
| 7 | Peter S.: $29,047.32 |

5. While incarcerated, payment of restitution is due at a rate of not less than $25 per quarter. Payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program;

6. Pursuant to 18 U.S.C. § 3664(k), Mr. Christensen shall notify the Court and the Government of any material change in his economic circumstances that might affect his ability to pay.

**IT IS SO ORDERED.**

Dated: 1/17/2012

/s/ John A. Mendez
The Honorable John A. Mendez
Judge of the United States District Court